# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | TINA A. JOHNSON |
| **Case Number:** | 16-09593-JMC-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 11, 2018 01:00 PM    IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

Hearing on Trustee's Motion to Dismiss and Debtor's Objection thereto [65], [66]

**R / M #:**    0 / 0

**VACATED:    Motion withdrawn 11/2/18**

## Appearances:

NONE

## Proceedings:

VACATED: Motion withdrawn 11/2/18


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**